JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DISTRICT

| | |
|---|---|
| CAROLYN RAINES, an individual;<br><br>    Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK, NA, business entity unknown; CAL-WESTERN RECONVEYANCE CORPORATION, business entity unknown; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: 8:11-cv-01492-AG-VBK<br><br>[The Honorable Andrew J. Guilford, District Judge, Courtroom 10D]<br><br>**ORDER GRANTING THE STIPULATION TO REMAND THE FEDERAL ACTION TO THE STATE COURT** |

After consideration of the Stipulation of Plaintiff Carolyn Raines ("Plaintiff"), Defendant WACHOVIA MORTGAGE, a division of Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (erroneously sued herein as "Wells Fargo Bank, NA, business entity unknown") ("Wells Fargo") and Defendant Cal-Western Reconveyance Corporation ("Cal-Western"), by and through their respective counsel of record, and good cause appearing therefor, the Court ORDERS as follows:

1. The parties' Stipulation to remand the instant action back to the state court IS GRANTED.
2. All pending hearing dates for this matter are VACATED.
3. This case will be remanded to the Superior Court of California, County of Orange, forthwith.

**IT IS SO ORDERED.**

Dated: October 12, 2011

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled: on all interested parties in said case as follows: **[PROPOSED] ORDER GRANTING STIPULATION TO REMAND THE FEDERAL ACTION TO THE STATE COURT**

*Served Electronically By The Court's CM/ECF System*:

| *Counsel for Plaintiff:* | *Counsel for Defendant, CAL-WESTERN RECONVEYANCE CORPORATION* |
|---|---|
| Gene W. Choe, Esq.<br>Jill L. Kim, Esq.<br>LAW OFFICES OF GENE W. CHOE, P.C.<br>3699 Wilshire Blvd., Suite 720<br>Los Angeles, California  90010<br>T: (213) 639-3888 \| F: (213) 383-8280 | Robin P. Wright, Esq.<br>Nicole K. Neff , Esq.<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, California 92660<br>T: (949) 477-5050 \| F: (949) 477-9200<br>E-mail: rwright@wrightlegal.net<br>E-mail: nneff@wrightlegal.net |

☒ **FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on October ___, 2011.

|  Diana Kinder  | /s/ Diana Kinder |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |